AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.      **8:25-cv-3406**

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **La Fondita de Leo**
was recieved by me on  **3/11/2026:**

☐     I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐     I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒     I served the summons on **Leonardo Caicedo**, who is designated by law to accept service of process on behalf of **La Fondita de Leo** at **2645 Aspen Ct, Palm Harbor, FL 34684-1947** on **03/21/2026 at 12:55 PM**; or

☐     I returned the summons unexecuted because ; or

☐     Other *(specify)*


My fees are $ 0 for travel and **$ 76.00** for services, for a total of **$ 76.00**.

I declare under penalty of perjury that this information is true.


Date:  03/21/2026

_____
*Server's signature*

**Suzanne DelRegno**
*Printed name and title*

**2941 Buttonbush Ct**
**Palm Harbor, FL 34684**

_____
*Server's address*


Additional information regarding attempted service, etc:

**I delivered the documents, WAIVER OF SERVICE OF SUMMONS; COMPLAINT; NOTICE OF A LAWSUIT,  to Leonardo Caicedo, Registered Agent with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a brown-haired Hispanic male contact 45-55 years of age, 5'8"-5'10" tall and weighing 160-180 lbs with a beard and an accent.**





Tracking #: **0214598714**